William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| MARC LICHTENSTEIN,<br>　　　　Plaintiff, | CASE NO. 3:20-cv-06249-MAS-LHG |
| vs. | Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman |
| EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; CHRYSLER CAPITAL LLC; and SANTANDER CONSUMER USA, INC.;<br>　　　　Defendants. | |

### INDEX OF EXHIBITS – DECLARATION OF SHAMEEK DENNIS

| **EXHIBIT** | **TITLE** | **DATE** |
|---|---|---|
| Exhibit A | Plaintiff's Dispute to Trans Union | 02/08/19 |
| Exhibit B | Trans Union's ACDV | 03/04/19 |
| Exhibit C | Carbon Copy of Experian's ACDV | 03/04/19 |
| Exhibit D | Trans Union's Investigation Results | 03/05/19 |