# Exhibit A
## Plaintiff's Dispute to Trans Union

**Marc Lichtenstein**

Lakewood, NJ 08701

Social Security #

02-08-2019

**VIA CERTIFIED MAIL**
**Transunion**
Po Box 2000
Chester, PA 19016

To Whom It May Concern:

The account below is reporting with a late payment. I have not been late in May 2018, this is an error. The first payment was paid at the dealer, then I set up an autopay at the dealer and only when I received a call for not making a payment I realized the autopay was not working. I never got a notice that the autopay was not in place.

Please remove the late payment showing on my account as I was never late and send me an updated copy of my credit report by mail.

- **CHRYSLER CAPITAL ACCOUNT #**

Faithfully yours,

Marc Lichtenstein

