# Exhibit B
## Trans Union's ACDV

```
ILOC. 03                              TRANS UNION CORPORATION                      DATE: 03/05/19   TIME: 11:16
RPT-ID: K4CGI500-1                       CONSUMER RELATIONS                                         PAGE:55942
          DEPT:                    CRS3 ACDV3 RESPONSES AUTOMATICALLY UPDATED
SUBSCRIBER RESPONSE DATE: 03/04/19                        CONTROL: 386616325    006  001   IMAGE: YES - 1
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 03/18/19   DATE ENTERED: 02/24/19      DATE RECD: 02/24/19
                                                               VERF      SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
    NAME: MARC E LICHTENSTEIN                             NAME:
    AKA:  MARC   LICTENSTEIN                              AKA:
    ADDR:                                                 ADDR:

    PREV:                                                 PREV:

    SSN:                                                  SSN:
    DOB:                                                  DOB:
    PHONE:                                                PHONE:
CONSUMER   Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Acco
DISPUTE:   Disputes Current Balance and/or Amount Past Due. Verify Current Balance or Amount Past Due.
CONSUMER MESSAGE: Never late in 5 2018

RESPONSE CODE:    22 UPDATED DISPUTED ACCOUNT INFORMATION. ADDITIONAL ACCOUNT INFORMATION WAS ALSO UPDATED.

SUPPRESS?:                                      UPDATE?: X       AUTH BY: Doris Green               / 214-261-1672

SUBSCRIBER: Chrysler Capitol                  ACCOUNT #:                   SUB.CODE:  2E3D001   OPEN DATE:  03/29/18

UPDATE?   ACCOUNT STATUS       PAYMENT RATING         COMPL COND CODE     SPECIAL COMMENTS      CONS INFO IND
             11
   ORIGINAL-->  11
 *         PORF TP.    ACCOUNT TP.                    ECOA                PAYMENT AMT             PAYMENT DATE
                                                                                      $0              02/28/19
   ORIGINAL-->  I       AL: AUTO LEASE                 I                  CURRENT BLNC            01/29/19
 *         OPENED       EFFECTIVE                                                     $10460     PAST DUE    $0
                         03/04/19                                         CREDIT LIMIT
   ORIGINAL-->  03/29/18         01/31/19                                             $10890     HIGH CREDIT
 *         CLOSED                                                                                       $15690
                   ********                                               PP START DT            PYMT PATTERN    ORIGINAL PP
           DT 1ST DEL                      ORIG CHRG OFF                         02/2019            0002100001     D011000010
 *                 ********                                                      01/2019        OB                   B
   ORIGINAL-->  TERMS (DUE AMT/FREQ/DUR)

   ORIGINAL--> 435/M/36                              ORIGINAL CLIENT - CLASS         ACCT     RATING     CMPLNC     GENERIC    AFFIL
           SP. PAYMENT (BALLOON AMT - DUE DT)    SP. PAYMENT (DEFERRED DT)           RATING   REMARK     REMARK     REMARK     REMARK
                                                                                                  *
   ORIGINAL--> PORTFOLIO SALE                        MORTGAGE (ID#/ACCT#/AGCY)    :       :       :

   ORIGINAL-->

            ACCT        PAYMENT          COMPLIANCE         SPECIAL           CONSUMER
           STATUS       RATING          CONDITION CD       COMMENTS           INFO IND
 RECEIVED    11
 ORIGINAL    11
                        FIRST              MIDDLE             LAST            GEN
                        NAME               NAME               NAME            SUFFIX    RESULT
NAME VERIFICATION FLAGS
```