# Exhibit C

Carbon Copy of Experian's ACDV

```
ILOC. 66                          TRANS UNION CORPORATION                       DATE: 03/05/19  TIME: 01:10
RPT-ID: KKCGI700-1                    CONSUMER RELATIONS                                        PAGE: 66919
                              CARBON COPIES - ALL INCOMING RECORDS

  ORIGINATING BUREAU    EXP                                              WORK#: 0305190110C66919
SUBSCRIBER RESPONSE DATE: 03/04/19
TO COMPLY WITH F.C.R.A., A RESPONSE IS REQUIRED BY: 03/17/19    DATE ENTERED: 02/28/19   DATE RECD: 02/28/19
                                                                   VERF     SUBSCRIBER CHANGES TO CONSUMER DEMOGRAPHIC DATA:
NAME: MARC  LICHTENSTEIN                                          NAME:
 AKA:                                                              AKA:
ADDR:                                                             ADDR:

PREV:                                                             PREV:

 SSN:                                                              SSN:
 DOB:                                                              DOB:
PHONE:                                                            PHONE:
CONSUMER    Disputes present/previous Account Status/Payment Rating/Account History. Verify Account Status, Payment Rating and Acco
DISPUTE:
CONSUMER MESSAGE:  |/CURR ACCT ||||ACT. DT:02/28/19||||||||||||||||||||

RESPONSE CODE:
SUPPRESS?:                                            UPDATE?:
SUBSCRIBER: Chrysler Capitol                ACCOUNT #:                      SUB. CODE: 1990789      OPEN DATE: 03/29/18
UPDATE?         ACCOUNT STATUS      PAYMENT RATING          COMPL COND CODE             CONS INFO IND
* ORIGINAL-->         11                                SPECIAL COMMENTS
                PORF TP.    ACCOUNT TP.               ECOA             PAYMENT AMT                PAYMENT DATE
* ORIGINAL-->    I          AL: AUTO LEASE              I                     $435                 02/28/19
                OPENED       EFFECTIVE                                CURRENT BLNC                 01/29/19
                             03/04/19                                     $10890                  PAST DUE
* ORIGINAL--> 03/29/18       01/31/19                                CREDIT LIMIT                ***********
              CLOSED                                                     $10460                  HIGH CREDIT
              **********                                                                               $15690
              DT 1ST DEL    ORIG CHRG OFF                             PP START DT                PYMT PATTERN    ORIGINAL PP
* ORIGINAL-->                                                            02/2019                 1112211112      Y122111121
              **********                                                 12/2018                                     1
              TERMS (DUE AMT/FREQ/DUR)
* ORIGINAL--> 435/M/036                                     ORIGINAL CLIENT - CLASS
                  /  /36
              SP. PAYMENT (BALLOON AMT - DUE DT)            SP. PAYMENT (DEFERRED DT)
* ORIGINAL--> PORTFOLIO SALE                                MORTGAGE (ID#/ACCT#/AGCY)
  ORIGINAL-->

            ACCT      PAYMENT     COMPLIANCE                  SPECIAL       CONSUMER        ACCT    RATING    CMPLNC    GENERIC   AFFIL
           STATUS     RATING     CONDITION CD                COMMENTS       INFO IND       RATING   REMARK    REMARK    REMARK    REMARK
RECEIVED    11                                                                                                   *
ORIGINAL    11

                      FIRST       MIDDLE           LAST       GEN
                      NAME         NAME            NAME      SUFFIX    RESULT
NAME VERIFICATION FLAGS
```