William R. Brown, Esq.   (WB5139)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  wbrown@schuckitlaw.com

*Counsel for Trans Union, LLC*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| MARC LICHTENSTEIN,<br>          Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; CHRYSLER CAPITAL LLC; and SANTANDER CONSUMER USA, INC.;<br>          Defendants. | CASE NO. 3:20-cv-06249-MAS-LHG<br><br>Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman |

### INDEX OF EXHIBITS – DECLARATION OF CYMONE ROGERS

| **EXHIBIT** | **TITLE** | **DATE** |
|---|---|---|
| Exhibit E | Plaintiff's Dispute to Experian | 02/08/19 |
| Exhibit F | Experian's ACDV | 03/04/19 |
| Exhibit G | Experian's Investigation Results | 03/04/19 |
| Exhibit H | Carbon Copy of Trans Union's ACDV | 03/04/19 |