# Exhibit E
## Plaintiff's Dispute to Experian

**Marc Lichtenstein**

Lakewood, NJ 08701 

**Social Security #** 

02-08-2019

**VIA CERTIFIED MAIL**
**Experian**
Po Box 9554
Allen, TX 75013

To Whom It May Concern:

The account below is reporting with a late payment. I have not been late in May 2018, this is an error. The first payment was paid at the dealer, then I set up an autopay at the dealer and only when I received a call for not making a payment I realized the autopay was not working. I never got a notice that the autopay was not in place.

Please remove the late payment showing on my account as I was never late and send me an updated copy of my credit report by mail.

- **CHRYSLER CAPITAL ACCOUNT # 300002....**

Faithfully yours,

M.L.

Marc Lichtenstein

M. Lichtenstein

Lakewood, NJ 08701

7015 0640 0000 9730 4510

Experian.
P.O. Box 9554.
Allen, TX 75013