# Exhibit F
## Experian's ACDV

| PROGRAM: | CAPRESPA | EXPERIAN-CONSUMER ASSISTANCE - CAPS | | PAGE: 1 |
|---|---|---|---|---|
| RUN DATE: | 08/17/2020 | ACDV Response | DOCUMENT VIEWED: | Y |
| RUN TIME: | 10:58:19 | **Auto Response:** | | |
| SUBCODE: | 1990789 | ACCOUNT #: 30000212499131000 | | |
| | | SUBSCRIBER: Chrysler Capitol | | |

2230543558001

| DISPUTE REASON: | 106 - Disputes present/previous Account Status, History. Verify accordingly. | | Office: | 1 |
|---|---|---|---|---|
| | | | Date Sent: | 02/28/2019 |
| | | | Date Due: | 03/17/2019 |
| REMARKS: | | | Resp Date: | 03/04/2019 |
| | CONSUMER IDENTIFICATION | SUBSCRIBER CONSUMER ID | **DNR Date:** | **03/17/2019** |
| Name: | MARC LICHTENSTEIN | | Name Flag: | |
| SSN: DOB: | ███████ █████████ | | Second Name: | |
| Curr Address: | ███████████ | | Curr Addr Flag: | |
| | LAKEWOOD, NJ | | Prev Addr Flag: | |
| ZIP: | 08701 | | SSN Flag: | |
| Prev Addr 1: | | | DOB Flag: | |
| Prev Addr 2: | | | Authorized Verifier: | Nicholas Morrow |
| Account Name: | | | Phone: | (214) 261-1672 |
| RESPONSE: | **22 - Change-Disp acct info. Additional acct info. Was also updated** | | DF Contact Phone #: | |

| TRADE INFORMATION | **SUBSCRIBER RESPONSE** | | ON PROFILE | | CONSUMER CLAIMS | |
|---|---|---|---|---|---|---|
| Acct Condition/Cumm Status: | | | OPEN/ CURR 30-3 | | /CURR ACCT | |
| Act Status/Rating: | **11** | | | | | |
| Payment Rating: | | | | | | |
| CII: ECOA: | | | | 1 | | |
| Balance: Balance Date: | **10,460** | **03/04/2019** | 10,890 | 01/31/2019 | | 02/28/19 |
| Amt Past Due: | **0** | | | | | |
| Orig Delinq Date: | **Remove** | | | | | |
| Credit Limit/Orig Amt: | | | | | | |
| High Credit Balance: | **15,690** | | 15,690 | | | |
| Charge Off Amt: | | | | | | |
| Sch Monthly Pay: Act Pay: | **435** | **0** | 435 | 435 | | |
| Portfolio Name: | | | | | | |
| Date Last Pay: | **02/28/2019** | | 01/29/2019 | | | |
| Open Date: Closed Date: | **03/29/2018** | **Remove** | 03/29/2018 | | | |
| Spec Comm Code: | | | | | | |
| Cons Compl Code: | | | | | | |
| Type: Terms: Freq: | **3A** **36** **M** | | 3A 036 M | | | |
| Original Creditor: | | | | | | |
| Special Payment/Date/Amt: | | | | | | |

Response History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | 0 | 0 |
| 2018 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |

On-File History Grid

| Year | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | | | | | | | | | | | | |
| 2018 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | | | |
| 2017 | | | | | | | | | | | | |
| 2016 | | | | | | | | | | | | |
| 2015 | | | | | | | | | | | | |
| 2014 | | | | | | | | | | | | |
| 2013 | | | | | | | | | | | | |
| 2012 | | | | | | | | | | | | |