# Exhibit G
## Experian's Investigation Results

PO Box 9701
Allen, TX 75013

MARC LICHTENSTEIN
LAKEWOOD NJ  08701



# Dispute Results

Report # **2230-5435-58** for **03/04/19**

# MARC LICHTENSTEIN

## Dispute Results

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so.  Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to:  review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

**How to read your results**

**Deleted -** This item was removed from your credit report.

**Remains -** The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute.

**Updated** (Your results will indicate which one of the following applies.)

• The information you disputed has been updated. Please review your report for the details.

• The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

• The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details.

• Information on this item has been updated. Please review your report for the details.

**Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

• You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

• You may contact the company that reports the information to us and dispute it directly with them.  If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

• You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

• You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office.

If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York). If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address.  In the event an

**MARC LICHTENSTEIN |** Report # **2230-5435-58** for **03/04/19**

organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

If no information follows, our response appeared on the previous page.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (e.g. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Here are your results
**We completed the processing of your dispute(s).**

### Credit items

CHRYSLER CAPITAL 3000021249913....
Outcome: Updated - The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

## Credit items

### Before dispute

**SANTANDER/CHRYSLER CAP** Partial account # 3000021249913....    PO BOX 961275, FORT WORTH, TX 76161 or 8004237712

| **Date opened** | **First reported** | **Recent balance** | **Payment history** | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mar 2018 | Apr 2018 | $10,890 as of Jan 2019 | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Address ID #** | **Terms** | **Status** | 2019 | OK | | | | | | | | | | | |
| 0016807277 | 36 Months | Open. | | | | | | | | | | | | | |
| **Type** | **Monthly payment** | By Jul 2025, this account is scheduled to go to a positive status. | 2018 | | | | OK | 30 | OK | OK | OK | OK | 30 | 30 | OK |
| Auto Lease | $435 | | | | | | | | | | | | | | |
| **Responsibility** | **Credit limit or original amount** | **Date of Status** | | | | | | | | | | | | | |
| Individual | $15,690 | Dec 2018 | | | | | | | | | | | | | |
| | **High balance** | | | | | | | | | | | | | | |
| | Not reported | | | | | | | | | | | | | | |
| | **Recent payment** | | | | | | | | | | | | | | |
| | $435 | | | | | | | | | | | | | | |

**Account History** *   (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 11,325 | 13,145 | 13,127 | 13,110 | 13,110 | 13,982 | 13,982 | 15,271 | 15,254 |
| **DPR** | Dec13 | Aug29 | Aug29 | Aug29 | Aug29 | Jun19 | Jun19 | Apr06 | Apr06 |
| **SPA ($)** | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 |
| **AAP ($)** | 1,837 | ND | ND | 435 | 435 | 1,307 | 1,307 | 435 | 435 |

*The original amount of this account was $15,690*

### After dispute

**MARC LICHTENSTEIN |** Report # **2230-5435-58** for **03/04/19**

**SANTANDER/CHRYSLER CAP** Partial account # 3000021249913....  PO BOX 961275, FORT WORTH, TX 76161 or 8004237712

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date opened** Mar 2018 | **First reported** Apr 2018 | **Recent balance** $10,460 as of Mar 2019 | **Payment history** | | | | | | | | | | |
| **Address ID #** 0016807277 | **Terms** 36 Months | **Status** Open. | | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
| **Type** Auto Lease | **Monthly payment** $435 | By Jul 2025, this account is scheduled to go to a positive status. | 2019 | OK | OK | OK | | | | | | | | | |
| **Responsibility** Individual | **Credit limit or original amount** $15,690 | This item was updated from our processing of your dispute in Mar 2019. | 2018 | | | | OK | 30 | OK | OK | OK | OK | 30 | 30 | OK |
| | **High balance** Not reported | **Date of Status** Dec 2018 | | | | | | | | | | | | | |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 11,325 | 13,145 | 13,127 | 13,110 | 13,110 | 13,982 | 13,982 | 15,271 | 15,254 |
| **DPR** | Dec13 | Aug29 | Aug29 | Aug29 | Aug29 | Jun19 | Jun19 | Apr06 | Apr06 |
| **SPA ($)** | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 |
| **AAP ($)** | 1,837 | ND | ND | 435 | 435 | 1,307 | 1,307 | 435 | 435 |

The original amount of this account was $15,690

# Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** | Current/Terms of agreement met | **CRD** | Creditor received deed | **G** | Claim filed with government |
| **30** | Account 30 days past due | **FS** | Foreclosure proceedings started | **D** | Defaulted on contract |
| **60** | Account 60 days past due | **F** | Foreclosed | **C** | Collection |
| **90** | Account 90 days past due | **VS** | Voluntarily surrendered | **CO** | Charge off |
| **120** | Account 120 days past due | **R** | Repossession | **CLS** | Closed |
| **150** | Account 150 days past due | **PBC** | Paid by creditor | **ND** | No data for this time period |
| **180** | Account 180 days past due | **EC** | Insurance claim | | |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your account history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data

## Your accounts that may be considered negative

The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**SANTANDER/CHRYSLER CAP** Partial account # 3000021249913....

PO BOX 961275, FORT WORTH, TX 76161 or (800) 423 7712

| | | | | | |
|---|---|---|---|---|---|
| **Date opened** Mar 2018 **Address ID #** 0016807277 **Type** Auto Lease **Responsibility** Individual | **First reported** Apr 2018 **Terms** 36 Months **Monthly payment** $435 **Credit limit or original amount** $15,690 **High balance** Not reported | **Recent balance** $10,460 as of Mar 2019 **Status** Open. By Jul 2025, this account is scheduled to go to a positive status. This item was updated from our processing of your dispute in Mar 2019. **Date of Status** Dec 2018 | | | |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | OK | OK | OK | | | | | | | | | |
| 2018 | | | | OK | 30 | OK | OK | OK | OK | 30 | 30 | OK |

**Account History** *  (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 |
|---|---|---|---|---|---|---|---|---|---|
| **AB ($)** | 11,325 | 13,145 | 13,127 | 13,110 | 13,110 | 13,982 | 13,982 | 15,271 | 15,254 |
| **DPR** | Dec13 | Aug29 | Aug29 | Aug29 | Aug29 | Jun19 | Jun19 | Apr06 | Apr06 |
| **SPA ($)** | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 | 435 |
| **AAP ($)** | 1,837 | ND | ND | 435 | 435 | 1,307 | 1,307 | 435 | 435 |

The original amount of this account was $15,690

## Your accounts in good standing

These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## Credit items

**AMERICAN HONDA FINANCE CORP** Partial account # 12714....

201 LITTLE FALLS DR, WILMINGTON,  DE 19808 or (800) 542 2432

**AMERICAN HONDA FINANCE CORP** Partial account # 17548....

201 LITTLE FALLS DR, WILMINGTON,  DE 19808 or (800) 542 2432

PAGES 5-11 OF EXHIBIT G INTENTIONALLY OMITTED

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### Inquiries shared with others

The section below lists companies that have requested your credit information as a result of an action you took, such as applying for credit or financing or as a result of a collection. The inquiries in this section are shared with companies that receive your credit history.

Examples of inquiries shared with others include:
- a real estate loan
- a home mortgage loan
- an auto loan
- an application for credit



### Inquiries shared only with you

You may not have initiated the following inquiries, so you may not recognize each source. We report these requests to you only as a record of activities, and **we do not include any of these requests on credit reports to others.**

We offer credit information about you to those with a permissible purpose, such as:
- other creditors who want to offer you preapproved credit;
- an employer who wishes to extend an offer of employment;
- a potential investor in assessing the risk of a current obligation;
- Experian Consumer Assistance to process a report for you;
- your current creditors to monitor your accounts (date listed may reflect only the most recent request);
- an end user to complete your mortgage loan application;
- insurance underwriting (auto or home).

**These inquiries DO NOT affect your credit score and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).**



### ▮▮▮▮▮ information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear.

### Names

MARC LICHTENSTEIN
Name identification number: 1
MARK E LICHTENSTEIN
Name identification number: 22866
MARC E LICHTENSTEIN
Name identification number: 641
MARC LICTENSTEIN
Name identification number: 17762
MARC LECHTENSTEIN
Name identification number: 22397
MARC LICHENSTEIN
Name identification number: 3957
MARC LTCHENSTEIN
Name identification number: 26081

### Addresses

These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address and the source of that address, such as a creditor, court or potential creditor. The geographical code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address. These listings do not affect your credit score.

**Address**

▮▮▮▮▮
LAKEWOOD NJ 08701-1471
**Type:** Single family **Geo Code:** 0-71530110-29-5190
Address identification number: 0016809760

▮▮▮▮▮
LAKEWOOD NJ 08701-0221
**Type:** Post office box **Geo Code:** 0-71560010-29-5190
Address identification number: 0016807277

*Personal information continued*

**Address**



Address identification number:  0016813903

**Social Security number variations**

As a security precaution, we did not list the Social Security number that you provided when you contacted us. The numbers below are variations that have been reported to us. Only the last four digits of each reported variation are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in the numbers may be part of the displayed portion or part of the hidden portion.
None

**Year of birth**

**Telephone numbers**

**Spouse or co-applicant**

**Former or current employers**