# Exhibit H
## Carbon Copy of Trans Union's ACDV

# Transaction Log         Control Number: 411059968

Control ID: 411059968  [Submit] [Close]

## Primary Consumer

### Update Sequence 1

| | |
|---|---|
| Date Received: | 03/04/2019 |
| Transaction Status: | C - Closed |
| Transaction Detail: | CT - Closed - Carbon Copy Reinvestigation |
| Status Date: | 03/04/2019 |
| User ID: | system |

**< CC Details >**  Update  **<See ARF>**

| | |
|---|---|
| E-Oscar Number: | 386616325006001 |
| Subscriber Name: | Chrysler Capitol |
| Originator Code: | TUN |
| Account Number: | 30000212499131000 |
| Open Date: | 03/29/2018 |
| Account Type: | 3A |
| Amount: | |
| ECOA: | 1 |

| Status Description | Agent ID | Status Date | Status Time |
|---|---|---|---|
| CT - Closed - Carbon Copy Reinvestigation | system | 03/04/2019 | 20:55:11 |
| 1 - Initial Entry Consumer 1 | system | 03/04/2019 | 20:55:10 |

## CC Details - Update Sequence 1

| Consumer Information | Response | Request |
|---|---|---|
| PIN: | [redacted] | |
| Last Name: | | LICHTENSTEIN |
| First Name: | | MARC |
| Middle Name: | | E |
| Generation Code: | | |
| SSN: | | [redacted] |
| Date Of Birth: | | [redacted] |
| Telephone: | | |
| Street Address: | | [redacted] |
| City: | | LAKEWOOD |
| State: | | NJ |
| Zip Code: | | 08701 |
| Previous Last Name: | | LICTENSTEIN |
| Previous First Name: | | MARC |
| Previous Middle Name: | | |
| Previous Generation Code: | | |
| Previous Street Address: | | [redacted] |
| Previous City: | | LAKEWOOD |
| Previous State: | | NJ |
| Previous Zip Code: | | 08701 |

| Trade Information | Response | Request |
|---|---|---|
| CII: | | |
| CII Date: | | |
| ECOA: | | 1 - Individual |
| Account Number: | 30000212499131000 | 30000212499131000 |
| Account Type: | 3A - AUL - Auto Lease | 3A - AUL - Auto Lease |
| Open Date: | 03/29/2018 | 03/29/2018 |

| | | |
|---|---|---|
| **Credit Limit:** | | |
| **High Credit Original Loan Amount:** | 000015690 | 000015690 |
| **Terms Duration:** | 36 | 36 |
| **Terms Frequency:** | M - Monthly | M - Monthly |
| **Scheduled Monthly Payment Amount:** | 000000435 | 000000435 |
| **Actual Payment Amount:** | 000000000 | 000000435 |
| **Account Status:** | 11 - CURR ACCT | 11 - CURR ACCT |
| **Payment Rating:** | | |
| **Payment History:** | 00021000010B | D011000010B |
| **Special Comment:** | | |
| **Compliance Condition Code:** | | |
| **Current Balance:** | 000010460 | 000010890 |
| **Balance Date:** | 03/04/2019 | 01/31/2019 |
| **Amount Past Due:** | 000000000 | |
| **Original Charge Off Amount:** | | |
| **Billing Date:** | | |
| **Compliance Date of First Delinquency:** | 11111111 | |
| **Date Closed:** | 11/11/1111 | |
| **Last Payment Date:** | 02/28/2019 | 01/29/2019 |
| **Original Creditor Name:** | | |
| **Creditor Classification:** | | |
| **Portfolio Indicator:** | | |
| **Purchase Sold to Name:** | | |
| **Agency Identifier:** | | |
| **Secondary Marketing Agency Acct. Number:** | | |
| **MIN:** | | |
| **Specialized Payment:** | | |
| **Deferred Payment Start Date:** | | |
| **Payment Due Date:** | | |
| **Payment Amount:** | | |
| **Clear Delinquencies:** | | |

| ARF | | | |
|---|---|---|---|
| **Trade** | **Score** | **Request** | **Update Seq Num** |
| 1 | 94 | Update | 1 |