**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY (TRENTON)**

| | |
|---|---|
| MARC LICHTENSTEIN,<br>         Plaintiff,<br><br>         vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; CHRYSLER CAPITAL LLC; and SANTANDER CONSUMER USA, INC.;<br>         Defendants. | CASE NO. 3:20-cv-06249-MAS-LHG<br><br>Judge Michael A. Shipp<br>Magistrate Judge Lois H. Goodman |

**ORDER GRANTING TRANS UNION, LLC'S AND EXPERIAN INFORMATION SOLUTIONS, INC.'S JOINT MOTION FOR SUMMARY JUDGMENT**

Defendants Trans Union, LLC and Experian Information Solutions, Inc., having filed their Joint Motion For Summary Judgment, AND THE COURT, having been duly advised, NOW FINDS that the same should be GRANTED.

IT IS, THEREFORE, ORDERED that Trans Union, LLC's and Experian Information Solutions, Inc.'s Joint Motion For Summary Judgment is GRANTED and all claims of Plaintiff against Trans Union, LLC and Experian Information Solutions, Inc. are dismissed, with prejudice.

Date: _____      _____
                                                                         JUDGE, United States District Court,
                                                                         District of New Jersey

DISTRIBUTION TO:

| | |
|---|---|
| William R. Brown, Esq.<br>wbrown@schuckitlaw.com | Dorothy A. Kowal, Esq.<br>dkowal@pricemeese.com |
| Yaakov Saks, Esq.<br>ysaks@steinsakslegal.com | |