UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARC LICHTENSTEIN,

Plaintiff,

v.  Case No.: 3:20-cv-06249-MAS-LHG

EXPERIAN INFORMATION SOLUTIONS INC,
TRANSUNION LLC.

Defendant(s).

**ORDER**
**GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(2)**

THE COURT having reviewed Plaintiff's Motion to Dismiss With Prejudice and Without Costs pursuant to Fed. R. Civ. P. 41(a)(2) (ECF No. 26) and being fully advised in the premises DOES HEREBY ORDER that this case is dismissed with prejudice and without costs.

BY THE COURT:

_1/5/21_
DATE

_____
HON. MICHAEL A. SHIPP
UNITED STATES DISTRICT JUDGE